**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

OURARING INC.,

                *Plaintiff*,

v.

ZEPP HEALTH CORPORATION,

                *Defendant*.

Civil Action No. 2:25-cv-1126

**JURY TRIAL DEMANDED**

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Ouraring Inc. ("Oura"), by and through its undersigned counsel, files this complaint under 35 U.S.C. § 271 for patent infringement against Defendant Zepp Health Corporation ("Zepp Health" or Defendant) and further alleges as follows, upon actual knowledge with respect to itself and its own acts, and upon information and belief as to all other matters.

## OVERVIEW

1.     This is an action for patent infringement on behalf of Oura. Originally founded in Finland in 2013, Oura is a pioneer in developing smart ring technology that allows users to take control of their health. Oura set out to develop a product that accurately provides personalized insight into a user's fitness and health by monitoring heart rate, temperature variations, blood oxygen levels, and movement during both sleep and active periods. Unlike other wearables (*e.g.*, wrist wearables) that are typically bulky and can be intrusive or interfere with a person's daily life (*e.g.*, uncomfortable to wear during sleep or for extended periods of time), Oura developed its product in an innovative, attractive, and user-friendly form factor—a ring.

2.      Since its founding, Oura has released four generations of its Oura Ring: Gen. 1 (2015), Gen. 2 (2018), Gen. 3 (2021), and Gen. 4 (2024).



Locke Hughes, *Inside the Ring: The Making of Oura Ring 4*, The Pulse Blog, https://ouraring.com/blog/inside-the-ring-oura-ring-4/ (last visited October 21, 2025).

3.      Backed by over a decade of experience and research, the Oura Ring has received numerous awards for its innovation, including the 2022 Best Sleep Tracker by Men's Health Magazine, 2023 Health Fitness Award, Cosmopolitan Best Overall Fitness Ring for 2024, Women's Health Magazine Sleep Tracker 2024, New York Times Best Sleep Tracker, WIRED Best Ring Fitness Tracker 2023, Forbes Best Sleep Tracker, among a number of other recognitions. Additionally, Oura ranked 33rd in CNBC's 2023 Disruptor 50 list, which ranks 50 of the most innovative private companies worldwide. In the 2025 Disruptor 50 list, CNBC ranked Oura as the 23rd most innovative private company, "which began transforming the list in 2023, and hasn't slowed down since." *See* https://www.cnbc.com/2025/06/10/oura-cnbc-disruptor-50.html (last visited October 21, 2025). Future crowned the Oura Ring as the "Best Recovery Tech" in the 2025 Future Innovation Awards. Also in 2025, TIME Magazine recognized Oura as a Pioneer in the TIME100 list of the "world's most influential businesses of the year," and TIME Magazine recently named the Oura Ring Gen. 4 as one of "The Best Inventions of 2025." *See* https://time.com/collections/time100-companies-2025/?filters=pioneers (last visited October 21, 2025); *see also* https://time.com/collections/best-inventions-2025/ (last visited October 21, 2025).

The Oura Ring was also selected by the National Basketball Association, the Ultimate Fighting Championship, and other organizations to equip their athletes with the most accurate and credible health technology. *See* https://www.si.com/nba/2020/07/01/oura-ring-nba-restart-orlando-coronavirus (last visited October 21, 2025); *see also* https://www.ufc.com/news/oura-official-health-wearable-ufc-performance-institute (last visited October 21, 2025).

4.      Based on Oura's business relationship with the U.S. military, Oura is expanding its manufacturing operations into Texas. Specifically, Oura is opening a factory, expected to be fully operational in 2026, in Fort Worth, Texas to meet the needs of its contracts. *See* https://ouraring.com/blog/oura-us-department-of-defense/ (last visited October 22, 2025).

5.      Oura's success has attracted copycats seeking to benefit from the market that Oura built through innovation and hard work. As Oura has grown, so too has its protection of its intellectual property. Oura has amassed a patent portfolio containing over two hundred patents worldwide related to the structure, design, and manufacturing of smart ring wearables and enforces its patents through licensing and/or litigation. Other smart ring manufacturers have recognized the value of Oura's intellectual property and have obtained a license from Oura in the recent past, including well-known smart ring manufacturers.

6.      Oura is forced to bring this action against Zepp Health as a result of Zepp Health's knowing and ongoing infringement of Oura's patents as further described herein.

7.      Prior to entering the smart ring wearable market, on information and belief, Zepp Health was aware of Oura's success and set out on a campaign targeting Oura's products, which are protected by its intellectual property. *See* https://ouraring.com/intellectual-property-notice.

8.      For example, Zepp Health markets its Helio Ring to track sleep, movement, and recovery on the Zepp Amazfit App:



**Helio Ring**

9.      The Helio Ring is intended to be an imitation of the Oura Ring in its appearance, structure, and functionalities. For example, the Helio Ring includes the same sensors as those offered by the Oura Ring, such as an infrared photoplethysmography (PPG) sensor, skin temperature sensor, optical electronics, and a 3D accelerometer.[1] Further, the Helio Ring comprises a curved battery component similar to the Oura Ring. The selected material for the Helio Ring is also the same as Oura Ring: durable titanium with a non-allergenic, non-metallic inner molding. And Zepp Health offers the Helio Ring in one color, "titanium," which has been described in publications as a "warm, bronze-like shade" that is similar to the Oura Ring's offered gold color, all of which results in the Helio Ring having an identical look and feel to the Oura Ring.

10.     A cumulative result is a product attempting to mimic Oura Ring:

---

[1] *Compare* https://us.amazfit.com/products/amazfit-helio-ring (last visited November 10, 2025) *with* https://support.ouraring.com/hc/en-us/articles/34114690317075-Oura-Ring-4-vs-Oura-Ring-Gen3 (last visited November 10, 2025), https://support.ouraring.com/hc/en-us/articles/4409072131091-Oura-Ring-Generation-3 (last visited November 10, 2025), and https://ouraring.com/store/rings (last visited November 10, 2025).

| Oura Ring | Helio Ring |
|---|---|
|  | |

11.    Even the design of the chargers is nearly identical between Oura and Zepp Health:

| Oura Ring | Helio Ring |
|---|---|
|  | |

12.    The Helio Ring, which amounts nothing more than an imitation product, is now offered for sale to customers in the United States.

13.    Moreover, on information and belief, Zepp Health knew of the U.S. Patent No. 11,868,178 ("the '178 Patent") due to Oura's assertion of the patent in a widely publicized investigation at the International Trade Commission (ITC) against two of Oura's competitors,

Ultrahuman and RingConn. *See* https://ouraring.com/blog/oura-itc-case/ (last visited November 10, 2025). Oura filed an ITC complaint in March 2024, asserting infringement of the '178 Patent by Ultrahuman and RingConn, and the ITC instituted the investigation on April 12, 2024. In April 2025, the ITC issued its initial determination finding that Ultrahuman and RingConn infringed all asserted claims of the '178 Patent and that all asserted claims of the '178 Patent were valid. In August 2025, the ITC issued exclusion and cease-and-desist orders banning all Ultrahuman and RingConn smart rings from being imported and sold in the U.S. effective October 21, 2025. As the Presidential review period is now complete, the ITC's final order enforces the exclusion and cease-and-desist orders against Ultrahuman and RingConn. *See id.* The ITC case was widely publicized in the industry. *See, e.g.,* https://www.businesswire.com/news/home/20250909387922/en/U.S.-International-Trade-Commission-Rules-in-Favor-of-URA-in-Patent-Case-Against-Ultrahuman-and-RingConn (last visited November 10, 2025).

14.     To protect its patent rights, Oura now files this Complaint for patent infringement. Oura is willing to engage in licensing discussions with Zepp Health, but Zepp Health continues to infringe Oura's global patent rights.

## PARTIES

15.     Plaintiff Ouraring Inc. is a Delaware corporation with its principal place of business at 222 Kearny Street, San Francisco, California 94108.

16.     Ouraring Inc. is a wholly owned subsidiary of Oura Health Oy, a Finnish company founded in 2013.

17.    On information and belief, Defendant Zepp Health is a corporation organized and existing under the laws of the Cayman Islands, with a principal place of Edisonweg 44 – B08, 4207 HG Gorinchem, The Netherlands.

18.    Zepp Health is "a global smart wearable and health technology leader, empowers users to achieve their well-being goals by optimizing their health, fitness, and wellness journeys through its leading consumer brands: Amazfit, Zepp Clarity, and Zepp Aura." *See* https://www.zepp.com/about-us (last visited November 10, 2025).

19.    Amazfit describes itself on its website as "a leading global smart wearables brand owned by Zepp Health (NYSE: ZEPP), a health technology company dedicated to serving wellness and fitness communities worldwide." https://us.amazfit.com/pages/about-amazfit (last visited November 10, 2025). Amazfit's website contains details regarding the Helio Ring as set forth in this Complaint.

20.    On information and belief, Zepp Health does business in Texas including, for example, through authorized sellers that offer and sell products pertinent to this Complaint throughout the State of Texas, including in this District, and to consumers throughout this District, such as: Best Buy, 422 West TX-281 Loop, Suite 100, Longview, TX 75605; Walmart Supercenter, 1701 East End Boulevard North, Marshall, TX 75670. For example, Zepp Health's brand, Amazfit, lists Best Buy and Walmart among its "Authorized Partners" on the Amazfit website. *See* https://us.amazfit.com/pages/partner (last visited November 10, 2025).

21.    Zepp Health offers its products and services, including the products accused of infringement in this Complaint, to customers and potential customers located in the Eastern District of Texas.

**NATURE OF THE ACTION, JURISDICTION, AND VENUE**

22.    Oura brings this action for patent infringement under the patent laws of the United States, 35 U.S.C. § 271 *et seq*.

23.    This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a) because the action arises under the patent laws of the United States.

24.    This Court has personal jurisdiction over Zepp Health in this action pursuant to the Due Process Clause of the United States Constitution and/or the Texas Long Arm Statute, by virtue of at least the substantial business Zepp Health conducts in this forum, directly and/or through intermediaries, including but not limited to: (1) having committed acts within the Eastern District of Texas giving rise to this action and having established minimum contacts with this forum such that the exercise of jurisdiction over Zepp Health would not offend traditional notions of fair play and substantial justice; (2) having directed its activities to customers in the State of Texas and this District, solicited business in the State of Texas and this District, transacted business within the State of Texas and this District and attempted to derive financial benefit from residents of the State of Texas and this District, including benefits directly related to the instant patent infringement causes of action set forth herein; (3) having placed its products and services into the stream of commerce throughout the United States and having been actively engaged in transacting business in Texas and in this District; and (4) either individually, as members of a common business enterprise, and/or in conjunction with third parties, having committed acts of infringement within Texas and in this District.

25.    On information and belief, Zepp Health has also derived substantial revenues from infringing acts in the Eastern District of Texas, including from the sale and use of infringing products (including the Accused Products, to be defined below).

26.    Venue is proper in this District pursuant to 28 U.S.C. § 1391 because, among other things, Zepp Health is not a resident in the United States, and thus may be sued in any judicial district pursuant to 28 U.S.C. § 1391(c)(3). Zepp Health, through its own acts and/or through the acts of its subsidiaries or agents, makes, uses, sells, and/or offers to sell infringing products within this Judicial District, regularly does and solicits business in this Judicial District, and has the requisite minimum contacts with the Judicial District such that this venue is a fair and reasonable one.

## COUNT 1 – INFRINGEMENT OF U.S. PATENT NO. 11,868,178

27.    Oura incorporates paragraphs 1-26 above by reference.

28.    U.S. Patent No. 11,868,178 (attached hereto at Exhibit 1) duly issued on January 9, 2024, and is entitled *Wearable Computing Device*.

29.    Ouraring Inc. is the owner by assignment of the '178 Patent and possesses all rights under the '178 Patent, including the exclusive right to recover for past and future infringement.

30.    The '178 Patent is directed to a finger-worn wearable ring device. In particular, the apparatus disclosed in the '178 Patent ensures the inclusion of a battery, printed circuit board, and one or more sensors between an internal and external housing of a wearable ring device. Further, the apparatus disclosed in the '178 Patent provides "a wearable computing device [that] can be worn for extended periods of time and can take many measurements and perform various functions because of its form factor and position on the finger of a user." '178 Patent, 1:52-55.

31.    Specifically, the '178 Patent discloses an exemplary finger-worn wearable ring device including "an external housing component," "an internal housing component," "a battery," "a printed circuit board," and "one or more sensors," that all work in conjunction to provide a wearable ring device. *See* '178 Patent, Cl. 1. Further, the battery is positioned within a cavity

formed between the internal housing component and the external housing component with a shape and size configured to fit within a first portion of a cavity between circumferential surfaces. *See id.* The printed circuit board is also disposed between the internal and external housing components and extends through at least a second portion of the cavity. *See id.* The one or more sensors are electrically coupled to the printed circuit board and the battery and are configured to acquire data from the user through the internal housing component. *See id.*

32.     Figure 4 of the '178 Patent excerpted below is one example of the finger-worn wearable ring:



FIG. 4

33.     Zepp Health has directly infringed one or more claims of the '178 Patent in this District and elsewhere in Texas, including at least claim 1, literally and/or under the doctrine of equivalents, by or through making, using, importing, offering for sale and/or selling its smart ring technology, including at least Zepp Health products having materially similar configurations to a wearable smart ring device.

34.    For example, Zepp Health has literally and/or under the doctrine of equivalents directly infringed at least claim 1 of the '178 Patent in this District and elsewhere in Texas by or through making, using, importing, offering for sale and/or selling at least the following: Helio Ring and the Zepp Amazfit App (collectively, the "Accused Product"). *See* https://us.amazfit.com/products/amazfit-helio-ring (last visited November 10, 2025); https://us.amazfit.com/ (last visited November 10, 2025). Oura reserves the right to discover and pursue any additional infringing devices that incorporate infringing functionalities. For the avoidance of doubt, the Accused Product is identified to describe Zepp Health's infringement and in no way limit the discovery and infringement allegations against Zepp Health concerning other devices that incorporate the same or reasonably similar functionalities.

35.    The Accused Product includes a finger-worn wearable ring device. *See id*. The Accused Product, including the Helio Ring, possesses "an external housing component," "an internal housing component," "a battery," "a printed circuit board," and "one or more sensors," as claimed in the '178 Patent.

36.    Similarly, the following excerpts from Zepp Health's websites provide non-limiting examples of the Accused Product infringing at least claim 1 of the '178 Patent:

 

This smart ring is able to be worn alone or with your Amazfit smartwatch. Sync workout and sleep data from the Amazfit Helio Ring or other Amazfit smartwatches to the Zepp Amazfit App for a combined view of performance, recovery, and insights.

Zepp Aura Premium is totally free for Amazfit Helio Ring users. Enjoy customized sleep sounds, detailed weekly and monthly sleep reports, and access to an AI chatbot that answers your questions.

**Not Sure About Your Ring Size?**

Order a **sizing kit** to find your perfect fit before you buy. Try on sample sizes at home and choose with confidence.

- Track your sleep quality, assessing stages and heart rate variability for a comprehensive recovery insights
- The EDA sensor and heart rate variability monitors stress levels to track your emotions
- Constructed with lightweight titanium alloy for superior comfort and precise tracking
- Monitors vital metrics, including heart rate and blood-oxygen, with fitness data like $VO_2$ Max via the Zepp App
- Enjoy full health assessments with the aura, personalized sleep music, and fitness reports without subscriptions, for complete wellness support

Size: **Size 12-27.3mm Diameter**

| Size 12-27.3mm Diameter | Size 10-25.7mm Diameter | Size 8-24mm Diameter |
|---|---|---|



https://us.amazfit.com/products/amazfit-helio-ring (last visited November 10, 2025); *see also* https://us.amazfit.com/ (last visited November 10, 2025).

37.     The foregoing features of the Accused Product and Zepp Health's description and/or demonstration thereof, including in user manuals and advertising, reflect Zepp Health's direct infringement by satisfying every element of at least claim 1 of the '178 Patent, under 35 U.S.C. § 271(a).

38.    Zepp Health has indirectly infringed at least claim 1 of the '178 Patent in this District and elsewhere in the United States by, among other things, actively inducing the use, offering for sale, selling, or importation of the Accused Product. Zepp Health's customers who purchase devices and components thereof and operate such devices and components in accordance with Zepp Health's instructions directly infringe one or more claims of the '178 Patent in violation of 35 U.S.C. § 271. Zepp Health instructs its customers through at least user guides or websites, such as those located at: https://us.amazfit.com/products/amazfit-helio-ring (last visited November 10, 2025); https://us.amazfit.com/ (last visited November 10, 2025); https://support.amazfit.com/us/amazfit_helio_ring/user-guide (last visited November 10, 2025); https://support.amazfit.com/us/amazfit_helio_ring/files/user-manual.pdf.pdf (last visited November 10, 2025); https://support.amazfit.com/us/amazfit_helio_ring/imgs/electronic_manual.pdf (last visited November 10, 2025).

39.    For example, the Helio Ring website states that: "Track your sleep quality, assessing stages and heart rate variability for a comprehensive recovery insights," "The EDA sensor and heart rate variability monitors stress levels to track your emotions," "Constructed with lightweight titanium alloy for superior comfort and precise tracking," "Monitors vital metrics, including heart rate and blood-oxygen, with fitness data like VO₂ Max via the Zepp App," and "Enjoy full health assessments with the aura, personalized sleep music, and fitness reports without subscriptions, for complete wellness support." https://us.amazfit.com/products/amazfit-helio-ring (last visited November 10, 2025). Zepp Health informs its customers that the Helio Ring is "[c]ompact and lightweight, it's both incredibly comfortable to wear all night, and packed with advanced sensors which hug your finger for astounding data precision." Zepp Health also states that "After a day of intense exercise, wear your Amazfit Helio Ring while you sleep. In the

morning, you'll get a Readiness score based on your sleep resting heart rate, sleep heart rate variability, breathing quality, and temperature. This score and accompanying insight sum up your mental and physical recovery, so you'll know whether to leap into action or plan some time to relax." *See id.*

40.     Zepp Health is thereby liable for infringement of the '178 Patent pursuant to 35 U.S.C. § 271(b).

41.     Zepp Health has indirectly infringed at least claim 1 of the '178 Patent, by, among other things, contributing to the direct infringement of others, including customers of the Accused Product by making, offering to sell, or selling, in the United States, or importing a component of a patented machine, manufacture, or combination, or an apparatus for use in practicing a patented process, constituting a material part of the invention, knowing the same to be especially made or especially adapted for use in infringement of the '178 Patent, and not a staple article or commodity of commerce suitable for substantial non-infringing use.

42.     For example, the Accused Product includes hardware and software for implementing health tracking functionality in a smart ring wearable, including a battery, housings, sensors, and a printed circuit board. These are components of a patented machine, manufacture, or combination, or an apparatus for use in practicing a patented process. Furthermore, these components are a material part of the invention and upon information and belief are not a staple article or commodity of commerce suitable for substantial non-infringing use. Thus, Zepp Health is liable for infringement of the '178 Patent pursuant to 35 U.S.C. § 271(c).

43.     Zepp Health has been on notice of the '178 Patent since, at least, the filing of this Complaint. By the time of trial, Zepp Health will thus have known and intended that its continued

actions would directly infringe and/or actively induce or contribute to actual infringement of at least claim 1 of the '178 Patent.

44.    Zepp Health undertook and continued its infringing actions despite an objectively high likelihood that such activities infringed the '178 Patent, which has been duly issued by the USPTO, and is presumed valid. For example, since at least the filing of this Complaint, Zepp Health has been aware of an objectively high likelihood that its actions constituted and continue to constitute infringement of the '178 Patent, and that the '178 Patent is valid. On information and belief, Zepp Health could not reasonably, subjectively believe that its actions do not constitute infringement of the '178 Patent, nor could it reasonably, subjectively believe that the patent is invalid. Despite that knowledge and subjective belief, and the objectively high likelihood that its actions constitute infringement, Zepp Health continued its infringing activities. As such, Zepp Health has willfully infringed and continues to willfully infringe the '178 Patent.

45.    Oura has been and continues to be damaged by Zepp Health's infringement of the '178 Patent.

### COUNT 2 - INFRINGEMENT OF U.S. PATENT NO. 12,353,244

46.    Oura incorporates paragraphs 1-45 above by reference.

47.    U.S. Patent No. 12,353,244 (the "'244 Patent," attached hereto at Exhibit 2) duly issued on July 8, 2025, and is entitled *Wearable Computing Device*.

48.    Ouraring Inc. is the owner by assignment of the '244 Patent and possesses all rights under the '244 Patent, including the exclusive right to recover for past and future infringement.

49.    The '244 Patent is directed to a wearable ring device including, for example, a wearable ring device configured to be worn on a finger of a user. In particular, the apparatus disclosed in the '244 Patent ensures that a user can track their physical movement, skin

16

temperature, heart rate, and blood oxygenation levels from sensing data obtained from the wearable ring device.

50.    Specifically, the '244 Patent discloses a wearable ring device including "an external housing," "an internal potting," "a curved battery," "a printed circuit board," "accelerometer," "temperature sensor," a "first light emitting diode (LED)," "a second LED," and "one or more light sensors" that all work in conjunction to provide a wearable smart ring device. *See* '244 Patent, Cl. 1. Further, the housing has an interior diameter between 12 mm and 24 mm, an exterior diameter between 18 mm and 30 mm, a width between 3 mm and 8 mm, and a thickness between 1.5 mm and 3 mm. *See id.* The sensors, including the accelerometer, temperature sensors, LEDs, and one or more light sensors, are electrically coupled to the printed circuit board and the battery and are configured to acquire data, such as the heart rate and blood oxygenation level, from the user. *See id.* An exemplary configuration is shown below in the excerpted Figures 3B, 8, 12A, 12B, 12C, 13, and 15B of the '244 Patent.



FIG. 3B



FIG.8



FIG. 12A

FIG. 12B

FIG. 12C



FIG.13



FIG.15B

51.     Zepp Health has directly infringed one or more claims of the '244 Patent in this District and elsewhere in Texas, including at least claim 1, literally and/or under the doctrine of equivalents, by or through making, using, importing, offering for sale and/or selling its smart ring technology, including at least Zepp Health products having materially similar configurations to a wearable ring device.

52.     For example, Zepp Health has literally and/or under the doctrine of equivalents directly infringed at least claim 1 of the '244 Patent in this District and elsewhere in Texas by or through making, using, importing, offering for sale and/or selling the Accused Product. *See* https://us.amazfit.com/products/amazfit-helio-ring (last visited November 10, 2025); https://us.amazfit.com/ (last visited November 10, 2025). Oura reserves the right to discover and pursue any additional infringing devices that incorporate infringing functionalities. For the avoidance of doubt, the Accused Product is identified to describe Zepp Health's infringement and in no way limit the discovery and infringement allegations against Zepp Health concerning other devices that incorporate the same or reasonably similar functionalities.

53.     The Accused Product includes a wearable ring device. *See id*. The Accused Product, including the Helio Ring, possesses "a external housing," "an internal plotting," "a curved battery," "a printed circuit board," "accelerometer," "temperature sensor," a "first light emitting diode (LED)," "a second LED," and "one or more light sensors" as claimed in the '244 Patent.

54.     Similarly, the following excerpts from Zepp Health's websites provide non-limiting examples of the Accused Product infringing at least claim 1 of the '244 Patent:

 








This smart ring is able to be worn alone or with your Amazfit smartwatch. Sync workout and sleep data from the Amazfit Helio Ring or other Amazfit smartwatches to the Zepp Amazfit App for a combined view of performance, recovery, and insights.

Zepp Aura Premium is totally free for Amazfit Helio Ring users. Enjoy customized sleep sounds, detailed weekly and monthly sleep reports, and access to an AI chatbot that answers your questions.

**Not Sure About Your Ring Size?**

Order a **sizing kit** to find your perfect fit before you buy. Try on sample sizes at home and choose with confidence.

- Track your sleep quality, assessing stages and heart rate variability for a comprehensive recovery insights
- The EDA sensor and heart rate variability monitors stress levels to track your emotions
- Constructed with lightweight titanium alloy for superior comfort and precise tracking
- Monitors vital metrics, including heart rate and blood-oxygen, with fitness data like VO₂ Max via the Zepp App
- Enjoy full health assessments with the aura, personalized sleep music, and fitness reports without subscriptions, for complete wellness support

**Become Elite in Mind & Body**

Heart Rate, SpO₂ & Stress Tracking
EDA Stress Response Monitoring

Size: **Size 12-27.3mm Diameter**

| Size 12-27.3mm Diameter | Size 10-25.7mm Diameter | Size 8-24mm Diameter |
|---|---|---|

---

# Your Personal Sleep Coach

Maximize your recovery with Zepp Aura³ – now free for Amazfit Helio Ring users. Give your recovery an extra power-up, with:



Customized sleep sounds that intelligently adjust based on your how your body responds.



Detailed weekly and monthly sleep reports with sleep health assessments and powerful insights.



Access to an AI chatbot, which proactively analyzes your sleep, and answers your wellness questions.

---

ⓘ How to Monitor Your Sleep with the Amazfit Helio Ring?                                              −

Simply wear the Helio Ring while sleeping, and it will automatically track your sleep. You can check your sleep duration, stages (including light, deep, and REM sleep), sleep score, naps, and more in the Zepp App.

To get the most accurate results:
Enable Assisted Sleep Monitoring: This helps track REM sleep more precisely.

Turn on Sleep Breathing Quality Monitoring: When the system detects you're wearing the ring during sleep, it will automatically assess your breathing quality to give you deeper insights into your sleep health.

To adjust these settings:
Open the **Zepp App** → Go to **Profile** → Select **Amazfit Helio Ring** → Tap **Health Monitoring**.



https://us.amazfit.com/products/amazfit-helio-ring (last visited November 10, 2025).



https://us.amazfit.com/ (last visited November 10, 2025).

55.     The foregoing features of the Accused Product and Zepp Health's description and/or demonstration thereof, including in user manuals and advertising, reflect Zepp Health's direct infringement by satisfying every element of at least claim 1 of the '244 Patent, under 35 U.S.C. § 271(a).

56.     Zepp Health has indirectly infringed at least claim 1 of the '244 Patent in this District and elsewhere in the United States by, among other things, actively inducing the use, offering for sale, selling, or importation of the Accused Product. Zepp Health's customers who purchase devices and components thereof and operate such devices and components in accordance with Zepp Health's instructions directly infringe one or more claims of the '244 Patent in violation of 35 U.S.C. § 271. Zepp Health's instructs its customers through at least user guides or websites, such as those located at: https://us.amazfit.com/products/amazfit-helio-ring (last visited November 10, 2025); https://us.amazfit.com/ (last visited November 10, 2025); https://support.amazfit.com/us/amazfit_helio_ring/user-guide (last visited November 10, 2025); https://support.amazfit.com/us/amazfit_helio_ring/files/user-manual.pdf.pdf (last visited November 10, 2025); https://support.amazfit.com/us/amazfit_helio_ring/imgs/ electronic_manual.pdf (last visited November 10, 2025).

57.     For example, the Helio Ring website states that: "Track your sleep quality, assessing stages and heart rate variability for a comprehensive recovery insights," "The EDA sensor and heart rate variability monitors stress levels to track your emotions," "Constructed with lightweight titanium alloy for superior comfort and precise tracking," "Monitors vital metrics, including heart rate and blood-oxygen, with fitness data like VO₂ Max via the Zepp App," and "Enjoy full health assessments with the aura, personalized sleep music, and fitness reports without subscriptions, for complete wellness support." https://us.amazfit.com/products/amazfit-helio-ring

(last visited November 10, 2025). Zepp Health informs its customers that the Helio Ring is "[c]ompact and lightweight, it's both incredibly comfortable to wear all night, and packed with advanced sensors which hug your finger for astounding data precision." Zepp Health also states that "After a day of intense exercise, wear your Amazfit Helio Ring while you sleep. In the morning, you'll get a Readiness score based on your sleep resting heart rate, sleep heart rate variability, breathing quality, and temperature. This score and accompanying insight sum up your mental and physical recovery, so you'll know whether to leap into action or plan some time to relax." *See id.*

58.    Zepp Health is thereby liable for infringement of the '244 Patent pursuant to 35 U.S.C. § 271(b).

59.    Zepp Health has indirectly infringed at least claim 1 of the '244 Patent, by, among other things, contributing to the direct infringement of others, including customers of the Accused Product by making, offering to sell, or selling, in the United States, or importing a component of a patented machine, manufacture, or combination, or an apparatus for use in practicing a patented process, constituting a material part of the invention, knowing the same to be especially made or especially adapted for use in infringement of the '244 Patent, and not a staple article or commodity of commerce suitable for substantial non-infringing use.

60.    For example, the Accused Product includes hardware and software for implementing health tracking functionality in a smart ring wearable, including a curved battery, housings, sensors, LEDs, and a printed circuit board. These are components of a patented machine, manufacture, or combination, or an apparatus for use in practicing a patented process. Furthermore, these components are a material part of the invention and upon information and belief are not a

staple article or commodity of commerce suitable for substantial non-infringing use. Thus, Zepp Health is liable for infringement of the '244 Patent pursuant to 35 U.S.C. § 271(c).

61.    Zepp Health has been on notice of the '244 Patent since, at least, the filing of this Complaint. By the time of trial, Zepp Health will thus have known and intended that its continued actions would directly infringe and/or actively induce or contribute to actual infringement of at least claim 1 of the '244 Patent.

62.    Zepp Health undertook and continued its infringing actions despite an objectively high likelihood that such activities infringed the '244 Patent, which has been duly issued by the USPTO, and is presumed valid. For example, since at least the filing of this Complaint, Zepp Health has been aware of an objectively high likelihood that its actions constituted and continue to constitute infringement of the '244 Patent, and that the '244 Patent is valid. On information and belief, Zepp Health could not reasonably, subjectively believe that its actions do not constitute infringement of the '244 Patent, nor could it reasonably, subjectively believe that the patent is invalid. Despite that knowledge and subjective belief, and the objectively high likelihood that its actions constitute infringement, Zepp Health continued its infringing activities. As such, Zepp Health has willfully infringed and continues to willfully infringe the '244 Patent.

63.    Oura has been and continues to be damaged by Zepp Health's infringement of the '244 Patent.

### COUNT 3 - INFRINGEMENT OF U.S. PATENT NO. 12,346,159

64.    Oura incorporates paragraphs 1-63 above by reference.

65.    U.S. Patent No. 12,346,159 (the "'159 Patent," attached hereto as Exhibit 3) duly issued on July 1, 2025, and is entitled *Wearable Computing Device*.

66.    Ouraring Inc. is the owner by assignment of the '159 Patent and possesses all rights under the '159 Patent, including the exclusive right to recover for past and future infringement.

67.    The '159 Patent is directed to a wearable ring device including, for example, a wearable ring device configured to be worn on a finger of a user. In particular, the apparatus disclosed in the '159 Patent ensure that a user can track their physical movement, skin temperature, and blood oxygenation levels from sensing data obtained from the wearable ring device.

68.    Specifically, the '159 Patent discloses a wearable ring device including "an external housing," "an internal housing," "a curved battery," "a printed circuit board," "accelerometer," "temperature sensor," a "first light emitting diode (LED)," "a second LED," and "one or more light sensors" that all work in conjunction to provide a wearable smart ring device. *See* '159 Patent, Cl. 1. Further, the housing has an interior diameter between 12 mm and 24 mm, an exterior diameter between 18 mm and 30 mm, a width between 3 mm and 8 mm, and a thickness between 1.5 mm and 3 mm. The sensors, including the accelerometer, temperature sensors, LEDs, and one or more light sensors, are electrically coupled to the printed circuit board and the battery and are configured to acquire data, such as the temperature and blood oxygenation level, from the user. An exemplary configuration is shown below in the excerpted Figures 3B, 8, 12A, 12B, 12C, 13, and 15B of the '159 Patent.



302

TEMPERATURE
SENSOR
320a

RED
LED
320b

LIGHT
SENSOR
320c

IR
LED
320d

FIG. 3B



800

810

814a
INSULATOR

812a
OUTER
RING

815
FLEX PCBA

THERMOGENEREATORS
840

INNER
RING
812b

INSULATOR
814b

FIG.8



FIG. 12A

FIG. 12B

FIG. 12C



FIG.13

30



FIG.15B

69.    Zepp Health has directly infringed one or more claims of the '159 Patent in this District and elsewhere in Texas, including at least claim 1, literally and/or under the doctrine of equivalents, by or through making, using, importing, offering for sale and/or selling its smart ring technology, including at least Zepp Health products having materially similar configurations to a wearable ring device.

70.    For example, Zepp Health has literally and/or under the doctrine of equivalents directly infringed at least claim 1 of the '159 Patent in this District and elsewhere in Texas by or through making, using, importing, offering for sale and/or selling the Accused Product. *See* https://us.amazfit.com/products/amazfit-helio-ring (last visited November 10, 2025); https://us.amazfit.com/ (last visited November 10, 2025). Oura reserves the right to discover and pursue any additional infringing devices that incorporate infringing functionalities. For the

avoidance of doubt, the Accused Product is identified to describe Zepp Health's infringement and in no way limit the discovery and infringement allegations against Zepp Health concerning other devices that incorporate the same or reasonably similar functionalities.

71.    The Accused Product includes a wearable ring device. *See id*. The Accused Product, including the Helio Ring, possesses "an external housing," "an internal housing," "a curved battery," "a printed circuit board," "accelerometer," "temperature sensor," a "first light emitting diode (LED)," "a second LED," and "one or more light sensors" as claimed in the '159 Patent.

72.    Similarly, the following excerpts from Zepp Health's websites provide non-limiting examples of the Accused Product infringing at least claim 1 of the '159 Patent:

 











This smart ring is able to be worn alone or with your Amazfit smartwatch. Sync workout and sleep data from the Amazfit Helio Ring or other Amazfit smartwatches to the Zepp Amazfit App for a combined view of performance, recovery, and insights.

Zepp Aura Premium is totally free for Amazfit Helio Ring users. Enjoy customized sleep sounds, detailed weekly and monthly sleep reports, and access to an AI chatbot that answers your questions.

**Not Sure About Your Ring Size?**

Order a **sizing kit** to find your perfect fit before you buy. Try on sample sizes at home and choose with confidence.

- Track your sleep quality, assessing stages and heart rate variability for a comprehensive recovery insights
- The EDA sensor and heart rate variability monitors stress levels to track your emotions
- Constructed with lightweight titanium alloy for superior comfort and precise tracking
- Monitors vital metrics, including heart rate and blood-oxygen, with fitness data like $VO_2$ Max via the Zepp App
- Enjoy full health assessments with the aura, personalized sleep music, and fitness reports without subscriptions, for complete wellness support

**Become Elite in Mind & Body**

Heart Rate, SpO₂ & Stress Tracking
EDA Stress Response Monitoring

Size: **Size 12-27.3mm Diameter**

| Size 12-27.3mm Diameter | Size 10-25.7mm Diameter | Size 8-24mm Diameter |
| --- | --- | --- |

## Your Personal Sleep Coach

Maximize your recovery with Zepp Aura³ - now free for Amazfit Helio Ring users. Give your recovery an extra power-up, with:







Customized sleep sounds that intelligently adjust based on your how your body responds.

Detailed weekly and monthly sleep reports with sleep health assessments and powerful insights.

Access to an AI chatbot, which proactively analyzes your sleep, and answers your wellness questions.

**How to Monitor Your Sleep with the Amazfit Helio Ring?**

Simply wear the Helio Ring while sleeping, and it will automatically track your sleep. You can check your sleep duration, stages (including light, deep, and REM sleep), sleep score, naps, and more in the Zepp App.

To get the most accurate results:
Enable Assisted Sleep Monitoring: This helps track REM sleep more precisely.

Turn on Sleep Breathing Quality Monitoring: When the system detects you're wearing the ring during sleep, it will automatically assess your breathing quality to give you deeper insights into your sleep health.

To adjust these settings:
Open the **Zepp App** → Go to **Profile** → Select **Amazfit Helio Ring** → Tap **Health Monitoring**.



https://us.amazfit.com/products/amazfit-helio-ring (last visited November 10, 2025).



https://us.amazfit.com/ (last visited November 10, 2025).

73.    The foregoing features of the Accused Product and Zepp Health's description and/or demonstration thereof, including in user manuals and advertising, reflect Zepp Health's direct infringement by satisfying every element of at least claim 1 of the '159 Patent, under 35 U.S.C. § 271(a).

74.    Zepp Health has indirectly infringed at least claim 1 of the '159 Patent in this District and elsewhere in the United States by, among other things, actively inducing the use, offering for sale, selling, or importation of the Accused Product. Zepp Health's customers who purchase devices and components thereof and operate such devices and components in accordance with Zepp Health's instructions directly infringe one or more claims of the '159 Patent in violation of 35 U.S.C. § 271. Zepp Health's instructs its customers through at least user guides or websites, such as those located at: https://us.amazfit.com/products/amazfit-helio-ring (last visited November 10, 2025); https://us.amazfit.com/ (last visited November 10, 2025); https://support.amazfit.com/us/amazfit_helio_ring/user-guide (last visited November 10, 2025); https://support.amazfit.com/us/amazfit_helio_ring/files/user-manual.pdf.pdf (last visited November 10, 2025); https://support.amazfit.com/us/amazfit_helio_ring/imgs/ electronic_manual.pdf (last visited November 10, 2025).

75.    For example, the Helio Ring website states that: "Track your sleep quality, assessing stages and heart rate variability for a comprehensive recovery insights," "The EDA sensor and heart rate variability monitors stress levels to track your emotions," "Constructed with lightweight titanium alloy for superior comfort and precise tracking," "Monitors vital metrics, including heart rate and blood-oxygen, with fitness data like VO₂ Max via the Zepp App," and "Enjoy full health assessments with the aura, personalized sleep music, and fitness reports without subscriptions, for complete wellness support." https://us.amazfit.com/products/amazfit-helio-ring

(last visited November 10, 2025). Zepp Health informs its customers that the Helio Ring is "[c]ompact and lightweight, it's both incredibly comfortable to wear all night, and packed with advanced sensors which hug your finger for astounding data precision." Zepp Health also states that "After a day of intense exercise, wear your Amazfit Helio Ring while you sleep. In the morning, you'll get a Readiness score based on your sleep resting heart rate, sleep heart rate variability, breathing quality, and temperature. This score and accompanying insight sum up your mental and physical recovery, so you'll know whether to leap into action or plan some time to relax." *See id.*

76.     Zepp Health is thereby liable for infringement of the '159 Patent pursuant to 35 U.S.C. § 271(b).

77.     Zepp Health has indirectly infringed at least claim 1 of the '159 Patent, by, among other things, contributing to the direct infringement of others, including customers of the Accused Product by making, offering to sell, or selling, in the United States, or importing a component of a patented machine, manufacture, or combination, or an apparatus for use in practicing a patented process, constituting a material part of the invention, knowing the same to be especially made or especially adapted for use in infringement of the '159 Patent, and not a staple article or commodity of commerce suitable for substantial non-infringing use.

78.     For example, the Accused Product includes hardware and software for implementing health tracking functionality in a smart ring wearable, including a curved battery, housings, sensors, LEDs, and a printed circuit board. These are components of a patented machine, manufacture, or combination, or an apparatus for use in practicing a patented process. Furthermore, these components are a material part of the invention and upon information and belief are not a

staple article or commodity of commerce suitable for substantial non-infringing use. Thus, Zepp Health is liable for infringement of the '159 Patent pursuant to 35 U.S.C. § 271(c).

79.     Zepp Health has been on notice of the '159 Patent since, at least, the filing of this Complaint. By the time of trial, Zepp Health will thus have known and intended that its continued actions would directly infringe and/or actively induce or contribute to actual infringement of at least claim 1 of the '159 Patent.

80.     Zepp Health undertook and continued its infringing actions despite an objectively high likelihood that such activities infringed the '159 Patent, which has been duly issued by the USPTO, and is presumed valid. For example, since at least the filing of this Complaint, Zepp Health has been aware of an objectively high likelihood that its actions constituted and continue to constitute infringement of the '159 Patent, and that the '159 Patent is valid. On information and belief, Zepp Health could not reasonably, subjectively believe that its actions do not constitute infringement of the '159 Patent, nor could it reasonably, subjectively believe that the patent is invalid. Despite that knowledge and subjective belief, and the objectively high likelihood that its actions constitute infringement, Zepp Health continued its infringing activities. As such, Zepp Health has willfully infringed and continues to willfully infringe the '159 Patent.

81.     Oura has been and continues to be damaged by Zepp Health's infringement of the '159 Patent.

### COUNT 4 - INFRINGEMENT OF U.S. PATENT NO. 12,393,227

82.     Oura incorporates paragraphs 1-81 above by reference.

83.     U.S. Patent No. 12,393,227 (the "'227 Patent," attached hereto as Exhibit 4) duly issued on August 19, 2025, and is entitled *Wearable Computing Device*.

84.    Ouraring Inc. is the owner by assignment of the '227 Patent and possesses all rights under the '227 Patent, including the exclusive right to recover for past and future infringement.

85.    The '227 Patent is directed to a method of manufacturing a wearable ring device including, for example, a wearable ring device configured to be worn on a finger of a user.

86.    Specifically, the '227 Patent discloses a method of manufacturing a wearable ring device configured to be worn on a finger of a user comprising constructing an external housing that has an exterior surface, an internal surface, a first sidewall and a second sidewall, wherein the internal surface, the first sidewall, and the second sidewall define an internal space of the external housing. *See* '227 Patent, Cl. 1. The claimed method includes steps of inserting a curved battery, a printed circuit board, and one or more components into a curved perimeter of the internal space of the external housing and applying an internal potting to at least partially fill the internal space of the external housing and cover the curved battery, the printed circuit board, and the one or more components, wherein the internal potting adheres to the external housing. *See id.* Further, the claimed method includes a step of polymerizing the internal potting, wherein at least a layer of the internal potting forms an interior surface of the wearable ring device that is configured to contact tissue of the user when the wearable ring device is worn by the user. *See id.* The claimed method also defines the architecture of the wearable ring, claiming wherein the external housing and the internal potting form a housing for the wearable ring device, wherein the housing has an interior diameter between 12 mm and 24 mm, an exterior diameter between 18 mm and 30 mm, a width between 3 mm and 8 mm, and a thickness between 1.5 mm and 3 mm. *See id.* An exemplary configuration of a wearable ring device manufactured according to the claimed method is shown below in the excerpted Figures 12A, 12B, 12C, 13, 14A, 14D and 14E of the '227 Patent.



FIG. 12A

FIG. 12B

FIG. 12C



FIG.13



FIG.14A



FIG.14D



FIG.14E

87.    Zepp Health has directly infringed one or more claims of the '227 Patent in this District and elsewhere in Texas, including at least claim 1, literally and/or under the doctrine of equivalents, by or through making, using, importing, offering for sale and/or selling its smart ring technology, including at least Zepp Health products having materially similar configurations to a wearable ring device.

88.    For example, Zepp Health has literally and/or under the doctrine of equivalents directly infringed at least claim 1 of the '227 Patent in this District and elsewhere in Texas by or through making, using, importing, offering for sale and/or selling the Accused Product. *See* https://us.amazfit.com/products/amazfit-helio-ring (last visited November 10, 2025);

41

https://us.amazfit.com/ (last visited November 10, 2025). Oura reserves the right to discover and pursue any additional infringing devices that incorporate infringing functionalities. For the avoidance of doubt, the Accused Product is identified to describe Zepp Health's infringement and in no way limit the discovery and infringement allegations against Zepp Health concerning other devices that incorporate the same or reasonably similar functionalities.

89.    The Accused Product includes a wearable ring device. *See id*. The Accused Product, including the Helio Ring, possesses "an external housing," "an exterior surface," "an internal surface," "a first sidewall," "a second sidewall," "a curved battery," "a printed circuit board," "one or more components," and "an internal potting" as claimed in the '227 Patent.

90.    Similarly, the following excerpts from Zepp Health's websites provide non-limiting examples of the Accused Product infringing at least claim 1 of the '227 Patent:

 

This smart ring is able to be worn alone or with your Amazfit smartwatch. Sync workout and sleep data from the Amazfit Helio Ring or other Amazfit smartwatches to the Zepp Amazfit App for a combined view of performance, recovery, and insights.

Zepp Aura Premium is totally free for Amazfit Helio Ring users. Enjoy customized sleep sounds, detailed weekly and monthly sleep reports, and access to an AI chatbot that answers your questions.

**Not Sure About Your Ring Size?**

Order a **sizing kit** to find your perfect fit before you buy. Try on sample sizes at home and choose with confidence.

- Track your sleep quality, assessing stages and heart rate variability for a comprehensive recovery insights
- The EDA sensor and heart rate variability monitors stress levels to track your emotions
- Constructed with lightweight titanium alloy for superior comfort and precise tracking
- Monitors vital metrics, including heart rate and blood-oxygen, with fitness data like $VO_2$ Max via the Zepp App
- Enjoy full health assessments with the aura, personalized sleep music, and fitness reports without subscriptions, for complete wellness support

Size: **Size 12-27.3mm Diameter**

| Size 12-27.3mm Diameter | Size 10-25.7mm Diameter | Size 8-24mm Diameter |
|---|---|---|



https://us.amazfit.com/products/amazfit-helio-ring (last visited November 10, 2025); *see also* https://us.amazfit.com/ (last visited November 10, 2025).

91.     The foregoing features of the Accused Product and Zepp Health's description and/or demonstration thereof, including in user manuals and advertising, reflect Zepp Health's direct infringement by satisfying every element of at least claim 1 of the '227 Patent, under 35 U.S.C. § 271(a).

92.     Similarly, on information and belief, Zepp Health imports and/or sells within the United States after importation the Accused Product. For example, the product packaging for the Accused Product indicates that the product was "MADE IN CHINA" and imported into the United States thereafter:



93.    Zepp Health is thereby liable for infringement of the '227 Patent pursuant to 35 U.S.C. § 271(g).

94.    Zepp Health has indirectly infringed at least claim 1 of the '227 Patent in this District and elsewhere in the United States by, among other things, actively inducing the use, offering for sale, selling, or importation of the Accused Product. On information and belief, Zepp Health purposefully causes its manufacturers through, for example, manufacturing agreements, to construct the Accused Product according to specifications provided by Zepp Health, which is in covered by the patented method. Further, on information and belief, Zepp Health directs its sales channel to sell the Accused Product in the United States and facilitates the sales in the United States by offering customers technical support, user guides, and limited warranties, for example. *See* https://us.amazfit.com/products/amazfit-helio-ring (last visited November 10, 2025); https://us.amazfit.com/ (last visited November 10, 2025); https://support.amazfit.com/us/amazfit_helio_ring/user-guide (last visited November 10, 2025); https://support.amazfit.com/us/amazfit_helio_ring/files/user-manual.pdf.pdf (last visited November 10, 2025); https://support.amazfit.com/us/amazfit_helio_ring/imgs/

electronic_manual.pdf (last visited November 10, 2025). Such sales of the Accused Product in the United States directly infringe one or more claims of the '227 Patent in violation of 35 U.S.C. § 271.

95.     Zepp Health is thereby liable for infringement of the '227 Patent pursuant to 35 U.S.C. § 271(b).

96.     Zepp Health has been on notice of the '227 Patent since, at least, the filing of this Complaint. By the time of trial, Zepp Health will thus have known and intended that its continued actions would directly infringe and/or actively induce or contribute to actual infringement of at least claim 1 of the '227 Patent.

97.     Zepp Health and continued its infringing actions despite an objectively high likelihood that such activities infringed the '227 Patent, which has been duly issued by the USPTO, and is presumed valid. For example, since at least the filing of this Complaint, Zepp Health has been aware of an objectively high likelihood that its actions constituted and continue to constitute infringement of the '227 Patent, and that the '227 Patent is valid. On information and belief, Zepp Health could not reasonably, subjectively believe that its actions do not constitute infringement of the '227 Patent, nor could it reasonably, subjectively believe that the patent is invalid. Despite that knowledge and subjective belief, and the objectively high likelihood that its actions constitute infringement, Zepp Health continued its infringing activities. As such, Zepp Health has willfully infringed and continues to willfully infringe the '227 Patent.

98.     Oura has been and continues to be damaged by Zepp Health 's infringement of the '227 Patent.

## COUNT 5 - INFRINGEMENT OF U.S. PATENT NO. 12,346,160

99.     Oura incorporates paragraphs 1-98 above by reference.

100.    U.S. Patent No. 12,346,160 (the "'160 Patent," attached hereto at Exhibit 5) duly issued on July 1, 2025, and is entitled *Wearable Computing Device*.

101.    Ouraring Inc. is the owner by assignment of the '160 Patent and possesses all rights under the '160 Patent, including the exclusive right to recover for past and future infringement.

102.    The '160 Patent is directed to a wearable ring device including, for example, a wearable ring device configured to be worn on a finger of a user. In particular, the apparatus disclosed in the '160 Patent ensure that a user can track their physical movement, skin temperature, heart rate, and blood oxygenation levels from sensing data obtained from the wearable ring device.

103.    Specifically, the '160 Patent discloses a wearable ring device including "an external housing," "an internal potting," "a curved battery," "a printed circuit board," "accelerometer," "temperature sensor," a "first light emitting diode (LED)," "a second LED," and "one or more light sensors" that all work in conjunction to provide a wearable smart ring device. *See* '160 Patent, Cl. 1. Further, the housing has an interior diameter between 12 mm and 24 mm, an exterior diameter between 18 mm and 30 mm, a width between 3 mm and 8 mm, and a thickness between 1.5 mm and 3 mm where the external housing is made of a metallic material. *See id.* The sensors, including the accelerometer, temperature sensors, LEDs, and one or more light sensors, are electrically coupled to the printed circuit board and the battery and are configured to acquire data, such as the heart rate and blood oxygenation level, from the user. *See id.* An exemplary configuration is shown below in the excerpted Figures 3B, 8, 12A, 12B, 12C, 13, and 15B of the '160 Patent.



302

TEMPERATURE
SENSOR
320a

RED
LED
320b

LIGHT
SENSOR
320c

IR
LED
320d

**FIG. 3B**



800

810

814a
INSULATOR

812a
OUTER
RING

815
FLEX PCBA

THERMOGENEREATORS
840

INNER
RING
812b

INSULATOR
814b

**FIG.8**



FIG. 12A

FIG. 12B

FIG. 12C



FIG.13

49



FIG.15B

104.    Zepp Health has directly infringed one or more claims of the '160 Patent in this District and elsewhere in Texas, including at least claim 1, literally and/or under the doctrine of equivalents, by or through making, using, importing, offering for sale and/or selling its smart ring technology, including at least Zepp Health products having materially similar configurations to a wearable ring device.

105.    For example, Zepp Health has literally and/or under the doctrine of equivalents directly infringed at least claim 1 of the '160 Patent in this District and elsewhere in Texas by or through making, using, importing, offering for sale and/or selling the Accused Products. *See* https://us.amazfit.com/products/amazfit-helio-ring    (last    visited    November    10,    2025); https://us.amazfit.com/ (last visited November 10, 2025). Oura reserves the right to discover and pursue any additional infringing devices that incorporate infringing functionalities. For the

avoidance of doubt, the Accused Product is identified to describe Zepp Health's infringement and in no way limit the discovery and infringement allegations against Zepp Health concerning other devices that incorporate the same or reasonably similar functionalities.

106. The Accused Product includes a wearable ring device. *See id*. The Accused Product, including the Helio Ring, possesses "an external housing," "an internal plotting," "a curved battery," "a printed circuit board," "accelerometer," "temperature sensor," a "first light emitting diode (LED)," "a second LED," and "one or more light sensors" as claimed in the '160 Patent.

107. Similarly, the following excerpts from Zepp Health's websites provide non-limiting examples of the Accused Product infringing at least claim 1 of the '160 Patent:

 











**Become Elite in Mind & Body**

Heart Rate, SpO₂ & Stress Tracking
EDA Stress Response Monitoring

This smart ring is able to be worn alone or with your Amazfit smartwatch. Sync workout and sleep data from the Amazfit Helio Ring or other Amazfit smartwatches to the Zepp Amazfit App for a combined view of performance, recovery, and insights.

Zepp Aura Premium is totally free for Amazfit Helio Ring users. Enjoy customized sleep sounds, detailed weekly and monthly sleep reports, and access to an AI chatbot that answers your questions.

**Not Sure About Your Ring Size?**

Order a **sizing kit** to find your perfect fit before you buy. Try on sample sizes at home and choose with confidence.

- Track your sleep quality, assessing stages and heart rate variability for a comprehensive recovery insights
- The EDA sensor and heart rate variability monitors stress levels to track your emotions
- Constructed with lightweight titanium alloy for superior comfort and precise tracking
- Monitors vital metrics, including heart rate and blood-oxygen, with fitness data like VO₂ Max via the Zepp App
- Enjoy full health assessments with the aura, personalized sleep music, and fitness reports without subscriptions, for complete wellness support

Size: **Size 12-27.3mm Diameter**

| Size 12-27.3mm Diameter | Size 10-25.7mm Diameter | Size 8-24mm Diameter |
|---|---|---|

# Your Personal Sleep Coach

Maximize your recovery with Zepp Aura³ - now free for Amazfit Helio Ring users. Give your recovery an extra power-up, with:



Customized sleep sounds that intelligently adjust based on your how your body responds.



Detailed weekly and monthly sleep reports with sleep health assessments and powerful insights.



Access to an AI chatbot, which proactively analyzes your sleep, and answers your wellness questions.

**How to Monitor Your Sleep with the Amazfit Helio Ring?**                                    −

Simply wear the Helio Ring while sleeping, and it will automatically track your sleep. You can check your sleep duration, stages (including light, deep, and REM sleep), sleep score, naps, and more in the Zepp App.

To get the most accurate results:
Enable Assisted Sleep Monitoring: This helps track REM sleep more precisely.

Turn on Sleep Breathing Quality Monitoring: When the system detects you're wearing the ring during sleep, it will automatically assess your breathing quality to give you deeper insights into your sleep health.

To adjust these settings:
Open the **Zepp App** → Go to **Profile** → Select **Amazfit Helio Ring** → Tap **Health Monitoring**.



https://us.amazfit.com/products/amazfit-helio-ring (last visited November 10, 2025).



https://us.amazfit.com/ (last visited November 10, 2025).

108.    The foregoing features of the Accused Product and Zepp Health's description and/or demonstration thereof, including in user manuals and advertising, reflect Zepp Health's

direct infringement by satisfying every element of at least claim 1 of the '160 Patent, under 35 U.S.C. § 271(a).

109.    Zepp Health has indirectly infringed at least claim 1 of the '160 Patent in this District and elsewhere in the United States by, among other things, actively inducing the use, offering for sale, selling, or importation of the Accused Product. Zepp Health's customers who purchase devices and components thereof and operate such devices and components in accordance with Zepp Health's instructions directly infringe one or more claims of the '160 Patent in violation of 35 U.S.C. § 271. Zepp Health instructs its customers through at least user guides or websites, such as those located at: https://us.amazfit.com/products/amazfit-helio-ring (last visited November 10, 2025); https://us.amazfit.com/ (last visited November 10, 2025); https://support.amazfit.com/us/amazfit_helio_ring/user-guide (last visited November 10, 2025); https://support.amazfit.com/us/amazfit_helio_ring/files/user-manual.pdf.pdf (last visited November 10, 2025); https://support.amazfit.com/us/amazfit_helio_ring/imgs/ electronic_manual.pdf (last visited November 10, 2025).

110.    For example, the Helio Ring website states that: "Track your sleep quality, assessing stages and heart rate variability for a comprehensive recovery insights," "The EDA sensor and heart rate variability monitors stress levels to track your emotions," "Constructed with lightweight titanium alloy for superior comfort and precise tracking," "Monitors vital metrics, including heart rate and blood-oxygen, with fitness data like VO$_2$ Max via the Zepp App," and "Enjoy full health assessments with the aura, personalized sleep music, and fitness reports without subscriptions, for complete wellness support." https://us.amazfit.com/products/amazfit-helio-ring (last visited November 10, 2025). Zepp Health informs its customers that the Helio Ring is "[c]ompact and lightweight, it's both incredibly comfortable to wear all night, and packed with

advanced sensors which hug your finger for astounding data precision." Zepp Health also states that "After a day of intense exercise, wear your Amazfit Helio Ring while you sleep. In the morning, you'll get a Readiness score based on your sleep resting heart rate, sleep heart rate variability, breathing quality, and temperature. This score and accompanying insight sum up your mental and physical recovery, so you'll know whether to leap into action or plan some time to relax." *See id.*

111.    Zepp Health is thereby liable for infringement of the '160 Patent pursuant to 35 U.S.C. § 271(b).

112.    Zepp Health has indirectly infringed at least claim 1 of the '160 Patent, by, among other things, contributing to the direct infringement of others, including customers of the Accused Product by making, offering to sell, or selling, in the United States, or importing a component of a patented machine, manufacture, or combination, or an apparatus for use in practicing a patented process, constituting a material part of the invention, knowing the same to be especially made or especially adapted for use in infringement of the '160 Patent, and not a staple article or commodity of commerce suitable for substantial non-infringing use.

113.    For example, the Accused Product includes hardware and software for implementing health tracking functionality in a smart ring wearable, including a curved battery, housings, sensors, LEDs, and a printed circuit board. These are components of a patented machine, manufacture, or combination, or an apparatus for use in practicing a patented process. Furthermore, these components are a material part of the invention and upon information and belief are not a staple article or commodity of commerce suitable for substantial non-infringing use. Thus, Zepp Health is liable for infringement of the '160 Patent pursuant to 35 U.S.C. § 271(c).

114.    Zepp Health has been on notice of the '160 Patent since, at least, the filing of this Complaint. By the time of trial, Zepp Health will thus have known and intended that its continued actions would directly infringe and/or actively induce or contribute to actual infringement of at least claim 1 of the '160 Patent.

115.    Zepp Health undertook and continued its infringing actions despite an objectively high likelihood that such activities infringed the '160 Patent, which has been duly issued by the USPTO, and is presumed valid. For example, since at least the filing of this Complaint, Zepp Health has been aware of an objectively high likelihood that its actions constituted and continue to constitute infringement of the '160 Patent, and that the '160 Patent is valid. On information and belief, Zepp Health could not reasonably, subjectively believe that its actions do not constitute infringement of the '160 Patent, nor could it reasonably, subjectively believe that the patent is invalid. Despite that knowledge and subjective belief, and the objectively high likelihood that its actions constitute infringement, Zepp Health continued its infringing activities. As such, Zepp Health has willfully infringed and continues to willfully infringe the '160 Patent.

116.    Oura has been and continues to be damaged by Zepp Health's infringement of the '160 Patent.

**COUNT 6 - INFRINGEMENT OF U.S. PATENT NO. 12,422,889**

117.    Oura incorporates paragraphs 1-116 above by reference.

118.    U.S. Patent No. 12,422,889 (the "'889 Patent," attached hereto at Exhibit 6) duly issued on September 23, 2025, and is entitled *Wearable Computing Device*.

119.    Ouraring Inc. is the owner by assignment of the '889 Patent and possesses all rights under the '889 Patent, including the exclusive right to recover for past and future infringement.

120.    The '889 Patent is directed to a wearable ring device including, for example, a wearable ring device configured to be worn on a finger of a user. In particular, the apparatus

disclosed in the '889 Patent ensure that a user can track their physical movement, skin temperature, heart rate, and blood oxygenation levels from sensing data obtained from the wearable ring device.

121.    Specifically, the '889 Patent discloses a wearable ring device including "an external housing," "an internal potting," "a curved battery," "a printed circuit board," "accelerometer," "temperature sensor," a "first light emitting diode (LED)," "a second LED," and "one or more light sensors" that all work in conjunction to provide a wearable smart ring device. *See* '889 Patent, Cl. 1. Further, the external housing is made of a metallic material and has an exterior surface, an internal surface, a first flange, and a second flange. *See id.* The internal surface, the first flange, and the second flange create an internal space of the exterior housing. *See id.* The curved battery and printed circuit board extend along the curved perimeter of the external housing. *See id.* The internal potting at least partially surrounds a curved battery, a printed circuit board, and one or more components, and wherein at least a portion of the internal potting forms an interior surface of the wearable ring device that contacts the user's finger. *See id.* The sensors, including the accelerometer, temperature sensors, LEDs, and one or more light sensors, are electrically coupled to the printed circuit board and the battery and are configured to acquire data, such as the heart rate and blood oxygenation level, from the user. *See id.* An exemplary configuration is shown below in the excerpted Figures 3B, 8, 12A, 12B, 12C, 13, and 15B of the '889 Patent.



302

TEMPERATURE
SENSOR
320a

RED
LED
320b

LIGHT
SENSOR
320c

IR
LED
320d

**FIG. 3B**



800

810

814a
INSULATOR

812a
OUTER
RING

815
FLEX PCBA

THERMOGENEREATORS
840

INNER
RING
812b

INSULATOR
814b

**FIG.8**



FIG. 12A

FIG. 12B

FIG. 12C



FIG.13



FIG.15B

122.    Zepp Health has directly infringed one or more claims of the '889 Patent in this District and elsewhere in Texas, including at least claim 1, literally and/or under the doctrine of equivalents, by or through making, using, importing, offering for sale and/or selling its smart ring technology, including at least Zepp Health products having materially similar configurations to a wearable ring device.

123.    For example, Zepp Health has literally and/or under the doctrine of equivalents directly infringed at least claim 1 of the '889 Patent in this District and elsewhere in Texas by or through making, using, importing, offering for sale and/or selling the Accused Products. *See* https://us.amazfit.com/products/amazfit-helio-ring   (last   visited   November   10,   2025); https://us.amazfit.com/ (last visited November 10, 2025). Oura reserves the right to discover and pursue any additional infringing devices that incorporate infringing functionalities. For the

avoidance of doubt, the Accused Product is identified to describe Zepp Health's infringement and in no way limit the discovery and infringement allegations against Zepp Health concerning other devices that incorporate the same or reasonably similar functionalities.

124.    The Accused Product includes a wearable ring device. *See id*. The Accused Product, including the Helio Ring, possesses "an external housing," "an internal plotting," "a curved battery," "a printed circuit board," "accelerometer," "temperature sensor," a "first light emitting diode (LED)," "a second LED," and "one or more light sensors" as claimed in the '889 Patent.

125.    Similarly, the following excerpts from Zepp Health's websites provide non-limiting examples of the Accused Product infringing at least claim 1 of the '889 Patent:

 











**Become Elite in Mind & Body**

Heart Rate, SpO₂ & Stress Tracking
EDA Stress Response Monitoring

This smart ring is able to be worn alone or with your Amazfit smartwatch. Sync workout and sleep data from the Amazfit Helio Ring or other Amazfit smartwatches to the Zepp Amazfit App for a combined view of performance, recovery, and insights.

Zepp Aura Premium is totally free for Amazfit Helio Ring users. Enjoy customized sleep sounds, detailed weekly and monthly sleep reports, and access to an AI chatbot that answers your questions.

**Not Sure About Your Ring Size?**

Order a **sizing kit** to find your perfect fit before you buy. Try on sample sizes at home and choose with confidence.

- Track your sleep quality, assessing stages and heart rate variability for a comprehensive recovery insights
- The EDA sensor and heart rate variability monitors stress levels to track your emotions
- Constructed with lightweight titanium alloy for superior comfort and precise tracking
- Monitors vital metrics, including heart rate and blood-oxygen, with fitness data like VO₂ Max via the Zepp App
- Enjoy full health assessments with the aura, personalized sleep music, and fitness reports without subscriptions, for complete wellness support

Size: **Size 12-27.3mm Diameter**

| Size 12-27.3mm Diameter | Size 10-25.7mm Diameter | Size 8-24mm Diameter |
|---|---|---|

---

# Your Personal Sleep Coach

Maximize your recovery with Zepp Aura⁺ - now free for Amazfit Helio Ring users. Give your recovery an extra power-up, with:







Customized sleep sounds that intelligently adjust based on your how your body responds.

Detailed weekly and monthly sleep reports with sleep health assessments and powerful insights.

Access to an AI chatbot, which proactively analyzes your sleep, and answers your wellness questions.

---

ⓘ **How to Monitor Your Sleep with the Amazfit Helio Ring?**    −

Simply wear the Helio Ring while sleeping, and it will automatically track your sleep. You can check your sleep duration, stages (including light, deep, and REM sleep), sleep score, naps, and more in the Zepp App.

To get the most accurate results:
Enable Assisted Sleep Monitoring: This helps track REM sleep more precisely.

Turn on Sleep Breathing Quality Monitoring: When the system detects you're wearing the ring during sleep, it will automatically assess your breathing quality to give you deeper insights into your sleep health.

To adjust these settings:
Open the **Zepp App** → Go to **Profile** → Select **Amazfit Helio Ring** → Tap **Health Monitoring**.



https://us.amazfit.com/products/amazfit-helio-ring (last visited November 10, 2025).



https://us.amazfit.com/ (last visited November 10, 2025).

126.    The foregoing features of the Accused Product and Zepp Health's description and/or demonstration thereof, including in user manuals and advertising, reflect Zepp Health's direct infringement by satisfying every element of at least claim 1 of the '889 Patent, under 35 U.S.C. § 271(a).

127.    Zepp Health has indirectly infringed at least claim 1 of the '889 Patent in this District and elsewhere in the United States by, among other things, actively inducing the use, offering for sale, selling, or importation of the Accused Product. Zepp Health's customers who purchase devices and components thereof and operate such devices and components in accordance with Zepp Health's instructions directly infringe one or more claims of the '889 Patent in violation of 35 U.S.C. § 271. Zepp Health instructs its customers through at least user guides or websites, such as those located at: https://us.amazfit.com/products/amazfit-helio-ring (last visited November 10, 2025); https://us.amazfit.com/ (last visited November 10, 2025); https://support.amazfit.com/us/amazfit_helio_ring/user-guide (last visited November 10, 2025); https://support.amazfit.com/us/amazfit_helio_ring/files/user-manual.pdf.pdf (last visited November 10, 2025); https://support.amazfit.com/us/amazfit_helio_ring/imgs/ electronic_manual.pdf (last visited November 10, 2025) .

128.    For example, the Helio Ring website states that: "Track your sleep quality, assessing stages and heart rate variability for a comprehensive recovery insights," "The EDA sensor and heart rate variability monitors stress levels to track your emotions," "Constructed with lightweight titanium alloy for superior comfort and precise tracking," "Monitors vital metrics, including heart rate and blood-oxygen, with fitness data like $VO_2$ Max via the Zepp App," and "Enjoy full health assessments with the aura, personalized sleep music, and fitness reports without subscriptions, for complete wellness support." https://us.amazfit.com/products/amazfit-helio-ring

(last visited November 10, 2025). Zepp Health informs its customers that the Helio Ring is "[c]ompact and lightweight, it's both incredibly comfortable to wear all night, and packed with advanced sensors which hug your finger for astounding data precision." Zepp Health also states that "After a day of intense exercise, wear your Amazfit Helio Ring while you sleep. In the morning, you'll get a Readiness score based on your sleep resting heart rate, sleep heart rate variability, breathing quality, and temperature. This score and accompanying insight sum up your mental and physical recovery, so you'll know whether to leap into action or plan some time to relax." *See id.*

129.    Zepp Health is thereby liable for infringement of the '889 Patent pursuant to 35 U.S.C. § 271(b).

130.    Zepp Health has indirectly infringed at least claim 1 of the '889 Patent, by, among other things, contributing to the direct infringement of others, including customers of the Accused Product by making, offering to sell, or selling, in the United States, or importing a component of a patented machine, manufacture, or combination, or an apparatus for use in practicing a patented process, constituting a material part of the invention, knowing the same to be especially made or especially adapted for use in infringement of the '889 Patent, and not a staple article or commodity of commerce suitable for substantial non-infringing use.

131.    For example, the Accused Product includes hardware and software for implementing health tracking functionality in a smart ring wearable, including a curved battery, housings, sensors, LEDs, and a printed circuit board. These are components of a patented machine, manufacture, or combination, or an apparatus for use in practicing a patented process. Furthermore, these components are a material part of the invention and upon information and belief are not a

staple article or commodity of commerce suitable for substantial non-infringing use. Thus, Zepp Health is liable for infringement of the '889 Patent pursuant to 35 U.S.C. § 271(c).

132.    Zepp Health has been on notice of the '889 Patent since, at least, the filing of this Complaint. By the time of trial, Zepp Health will thus have known and intended that its continued actions would directly infringe and/or actively induce or contribute to actual infringement of at least claim 1 of the '889 Patent.

133.    Zepp Health undertook and continued its infringing actions despite an objectively high likelihood that such activities infringed the '889 Patent, which has been duly issued by the USPTO, and is presumed valid. For example, since at least the filing of this Complaint, Zepp Health has been aware of an objectively high likelihood that its actions constituted and continue to constitute infringement of the '889 Patent, and that the '889 Patent is valid. On information and belief, Zepp Health could not reasonably, subjectively believe that its actions do not constitute infringement of the '889 Patent, nor could it reasonably, subjectively believe that the patent is invalid. Despite that knowledge and subjective belief, and the objectively high likelihood that its actions constitute infringement, Zepp Health continued its infringing activities. As such, Zepp Health has willfully infringed and continues to willfully infringe the '889 Patent.

134.    Oura has been and continues to be damaged by Zepp Health's infringement of the '889 Patent.

## COUNT 7 - INFRINGEMENT OF U.S. PATENT NO. 12,429,909

135.    Oura incorporates paragraphs 1-134 above by reference.

136.    U.S. Patent No. 12,429,909 (the "'909 Patent," attached hereto as Exhibit 7) duly issued on September 30, 2025, and is entitled *Wearable Computing Device*.

137.    Ouraring Inc. is the owner by assignment of the '909 Patent and possesses all rights under the '909 Patent, including the exclusive right to recover for past and future infringement.

138.    The '909 Patent is directed to a method of manufacturing a wearable ring device including, for example, a wearable ring device configured to be worn on a finger of a user.

139.    Specifically, the '909 Patent discloses a method of manufacturing a wearable ring device configured to be worn on a finger of a user comprising constructing an external housing that has an exterior surface, an internal surface, a first flange and a second flange, wherein the internal surface, the first flange, and the second flange at least partially define an internal space of the external housing. *See* '909 Patent, Cl. 1. The claimed method includes steps of inserting a curved battery, a printed circuit board, and one or more components into a curved perimeter of the internal space of the external housing and applying an internal potting to at least partially fill the internal space of the external housing and at least partially cover the curved battery and the printed circuit board, wherein at least a portion of the internal potting forms an interior surface that is configured to contact the user's finger. *See id.* Further, the external housing and the internal plotting form a housing for the wearable ring device. *See id.* An exemplary configuration of a wearable ring device manufactured according to the claimed method is shown below in the excerpted Figures 12A, 12B, 12C, 13, 14A, 14D, and 14E of the '909 Patent.



FIG. 12A

FIG. 12B

FIG. 12C



FIG.13

70



**FIG.14A**



**FIG.14D**



**FIG.14E**

140.    Zepp Health has directly infringed one or more claims of the '909 Patent in this District and elsewhere in Texas, including at least claim 1, literally and/or under the doctrine of equivalents, by or through making, using, importing, offering for sale and/or selling its smart ring technology, including at least Zepp Health products having materially similar configurations to a wearable ring device.

141.    For example, Zepp Health has literally and/or under the doctrine of equivalents directly infringed at least claim 1 of the '909 Patent in this District and elsewhere in Texas by or through making, using, importing, offering for sale and/or selling the Accused Product. *See* https://us.amazfit.com/products/amazfit-helio-ring  (last  visited  November  10,  2025); https://us.amazfit.com/ (last visited November 10, 2025). Oura reserves the right to discover and

71

pursue any additional infringing devices that incorporate infringing functionalities. For the avoidance of doubt, the Accused Product is identified to describe Zepp Health's infringement and in no way limit the discovery and infringement allegations against Zepp Health concerning other devices that incorporate the same or reasonably similar functionalities.

142.    The Accused Product includes a wearable ring device. *See id*. The Accused Product, including the Helio Ring, possesses "an external housing," "an exterior surface," "an internal surface," "a first flange," "a second flange," "internal potting," "a curved battery," "a printed circuit board," and "one or more components." as claimed in the '909 Patent.

143.    Similarly, the following excerpts from Zepp Health's websites provide non-limiting examples of the Accused Product infringing at least claim 1 of the '909 Patent:

 





https://us.amazfit.com/products/amazfit-helio-ring (last visited November 10, 2025); *see also* https://us.amazfit.com/ (last visited November 10, 2025).

144.    The foregoing features of the Accused Product and Zepp Health's description and/or demonstration thereof, including in user manuals and advertising, reflect Zepp Health's direct infringement by satisfying every element of at least claim 1 of the '909 Patent, under 35 U.S.C. § 271(a).

145.    Similarly, on information and belief, Zepp Health imports and/or sells within the United States after importation the Accused Product. For example, the product packaging for the Accused Product indicates that the product was "MADE IN CHINA" and imported into the United States thereafter:



146.    Zepp Health is thereby liable for infringement of the '909 Patent pursuant to 35 U.S.C. § 271(g).

147.    Zepp Health has indirectly infringed at least claim 1 of the '909 Patent in this District and elsewhere in the United States by, among other things, actively inducing the use, offering for sale, selling, or importation of the Accused Product. On information and belief, Zepp Health purposefully causes its manufacturers through, for example, manufacturing agreements, to construct the Accused Product according to specifications provided by Zepp Health, which is covered by the patented method. Further, on information and belief, Zepp Health directs its sales

channel to sell the Accused Product in the United States and facilitates the sales in the United States by offering customers technical support, user guides, and limited warranties, for example. *See* https://us.amazfit.com/products/amazfit-helio-ring (last visited November 10, 2025); https://us.amazfit.com/ (last visited November 10, 2025); https://support.amazfit.com/us/amazfit_helio_ring/user-guide (last visited November 10, 2025); https://support.amazfit.com/us/amazfit_helio_ring/files/user-manual.pdf.pdf (last visited November 10, 2025); https://support.amazfit.com/us/amazfit_helio_ring/imgs/ electronic_manual.pdf (last visited November 10, 2025) . Such sales of the Accused Product in the United States directly infringe one or more claims of the '909 Patent in violation of 35 U.S.C. § 271.

148.    Zepp Health is thereby liable for infringement of the '909 Patent pursuant to 35 U.S.C. § 271(b).

149.    Zepp Health has been on notice of the '909 Patent since, at least, the filing of this Complaint. By the time of trial, Zepp Health will thus have known and intended that its continued actions would directly infringe and/or actively induce or contribute to actual infringement of at least claim 1 of the '909 Patent.

150.    Zepp Health undertook and continued its infringing actions despite an objectively high likelihood that such activities infringed the '909 Patent, which has been duly issued by the USPTO, and is presumed valid. For example, since at least the filing of this Complaint, Zepp Health has been aware of an objectively high likelihood that its actions constituted and continue to constitute infringement of the '909 Patent, and that the '909 Patent is valid. On information and belief, Zepp Health could not reasonably, subjectively believe that its actions do not constitute infringement of the '909 Patent, nor could it reasonably, subjectively believe that the patent is

invalid. Despite that knowledge and subjective belief, and the objectively high likelihood that its actions constitute infringement, Zepp Health continued its infringing activities. As such, Zepp Health has willfully infringed and continues to willfully infringe the '909 Patent.

151.    Oura has been and continues to be damaged by Zepp Health's infringement of the '909 Patent.

### COUNT 8 - INFRINGEMENT OF U.S. PATENT NO. 12,222,759

152.    Oura incorporates paragraphs 1-151 above by reference.

153.    U.S. Patent No. 12,222,759 (the "'759 Patent," attached hereto at Exhibit 8) duly issued on February 11, 2025, and is entitled *Wearable Computing Device*.

154.    Ouraring Inc. is the owner by assignment of the '759 Patent and possesses all rights under the '759 Patent, including the exclusive right to recover for past and future infringement.

155.    The '759 Patent is directed to a wearable ring device including, for example, a wearable ring device configured to be worn on a finger of a user. In particular, the apparatus disclosed in the '759 Patent ensure that a user can track their physical movement, skin temperature, heart rate, and blood oxygenation levels from sensing data obtained from the wearable ring device.

156.    Specifically, the '759 Patent discloses a wearable ring device including "a housing," "a curved battery," "a printed circuit board," and "a plurality of sensors," comprising "one or more light-emitting diode components," "one or more light-receiving components," and "a communication module" that all work in conjunction to provide a wearable smart ring device. *See* '759 Patent, Cl. 17. The housing has an interior and exterior surface and wherein at least a portion of the interior surface, the exterior surface, or both, is made of a metallic material. *See id.* Further, at least a portion of the interior surface is configured to contact a tissue of a user. A curved battery and a printed circuit board are disposed within the housing. *See id.* A plurality of sensors, comprising one or more light-emitting components, one or more light-receiving components, and

a communication module, are electrically coupled with the printed circuit board and the curved

battery. *See id.* The plurality of sensors are configured to acquire data, such as physical activity,

sleep, or health, from the user. *See id.* An exemplary configuration is shown below in the excerpted

Figures 3B, 8, 12A, 12B, 12C, and 13 of the '759 Patent.



FIG. 3B



FIG.8



FIG. 12A

FIG. 12B

FIG. 12C



FIG.13

157.    Zepp Health has directly infringed one or more claims of the '759 Patent in this District and elsewhere in Texas, including at least claim 17, literally and/or under the doctrine of equivalents, by or through making, using, importing, offering for sale and/or selling its smart ring technology, including at least Zepp Health products having materially similar configurations to a wearable ring device.

158.    For example, Zepp Health has literally and/or under the doctrine of equivalents directly infringed at least claim 17 of the '759 Patent in this District and elsewhere in Texas by or through making, using, importing, offering for sale and/or selling the Accused Products. *See* https://us.amazfit.com/products/amazfit-helio-ring    (last    visited    November    10,    2025); https://us.amazfit.com/ (last visited November 10, 2025). Oura reserves the right to discover and pursue any additional infringing devices that incorporate infringing functionalities. For the avoidance of doubt, the Accused Product is identified to describe Zepp Health's infringement and in no way limit the discovery and infringement allegations against Zepp Health concerning other devices that incorporate the same or reasonably similar functionalities.

159.    The Accused Product includes a wearable ring device. *See id*. The Accused Product, including the Helio Ring, possesses "a housing," "a curved battery," "a printed circuit board," and "a plurality of sensors," comprising "one or more light-emitting diode components," "one or more light-receiving components," and "a communication module," as claimed in the '759 Patent.

160.    Similarly, the following excerpts from Zepp Health's websites provide non-limiting examples of the Accused Product infringing at least claim 17 of the '759 Patent:













**Become Elite in Mind & Body**

Heart Rate, SpO₂ & Stress Tracking
EDA Stress Response Monitoring

This smart ring is able to be worn alone or with your Amazfit smartwatch. Sync workout and sleep data from the Amazfit Helio Ring or other Amazfit smartwatches to the Zepp Amazfit App for a combined view of performance, recovery, and insights.

Zepp Aura Premium is totally free for Amazfit Helio Ring users. Enjoy customized sleep sounds, detailed weekly and monthly sleep reports, and access to an AI chatbot that answers your questions.

**Not Sure About Your Ring Size?**

Order a **sizing kit** to find your perfect fit before you buy. Try on sample sizes at home and choose with confidence.

- Track your sleep quality, assessing stages and heart rate variability for a comprehensive recovery insights
- The EDA sensor and heart rate variability monitors stress levels to track your emotions
- Constructed with lightweight titanium alloy for superior comfort and precise tracking
- Monitors vital metrics, including heart rate and blood-oxygen, with fitness data like VO₂ Max via the Zepp App
- Enjoy full health assessments with the aura, personalized sleep music, and fitness reports without subscriptions, for complete wellness support

Size: **Size 12-27.3mm Diameter**

| Size 12-27.3mm Diameter | Size 10-25.7mm Diameter | Size 8-24mm Diameter |
|---|---|---|

# Your Personal Sleep Coach

Maximize your recovery with Zepp Aura® - now free for Amazfit Helio Ring users. Give your recovery an extra power-up, with:







Customized sleep sounds that intelligently adjust based on your how your body responds.

Detailed weekly and monthly sleep reports with sleep health assessments and powerful insights.

Access to an AI chatbot, which proactively analyzes your sleep, and answers your wellness questions.

---

ⓘ **How to Monitor Your Sleep with the Amazfit Helio Ring?**                                                          —

Simply wear the Helio Ring while sleeping, and it will automatically track your sleep. You can check your sleep duration, stages (including light, deep, and REM sleep), sleep score, naps, and more in the Zepp App.

To get the most accurate results:
Enable Assisted Sleep Monitoring: This helps track REM sleep more precisely.

Turn on Sleep Breathing Quality Monitoring: When the system detects you're wearing the ring during sleep, it will automatically assess your breathing quality to give you deeper insights into your sleep health.

To adjust these settings:
Open the **Zepp App** → Go to **Profile** → Select **Amazfit Helio Ring** → Tap **Health Monitoring**.



https://us.amazfit.com/products/amazfit-helio-ring (last visited November 10, 2025).



https://us.amazfit.com/ (last visited November 10, 2025).

161.    The foregoing features of the Accused Product and Zepp Health's description and/or demonstration thereof, including in user manuals and advertising, reflect Zepp Health's direct infringement by satisfying every element of at least claim 17 of the '759 Patent, under 35 U.S.C. § 271(a).

162.    Zepp Health has indirectly infringed at least claim 17 of the '759 Patent in this District and elsewhere in the United States by, among other things, actively inducing the use, offering for sale, selling, or importation of the Accused Product. Zepp Health's customers who purchase devices and components thereof and operate such devices and components in accordance with Zepp Health's instructions directly infringe one or more claims of the '759 Patent in violation of 35 U.S.C. § 271. Zepp Health instructs its customers through at least user guides or websites, such as those located at: https://us.amazfit.com/products/amazfit-helio-ring (last visited November 10, 2025); https://us.amazfit.com/ (last visited November 10, 2025); https://support.amazfit.com/us/amazfit_helio_ring/user-guide (last visited November 10, 2025); https://support.amazfit.com/us/amazfit_helio_ring/files/user-manual.pdf.pdf (last visited November 10, 2025); https://support.amazfit.com/us/amazfit_helio_ring/imgs/ electronic_manual.pdf (last visited November 10, 2025) .

163.    For example, the Helio Ring website states that: "Track your sleep quality, assessing stages and heart rate variability for a comprehensive recovery insights," "The EDA sensor and heart rate variability monitors stress levels to track your emotions," "Constructed with lightweight titanium alloy for superior comfort and precise tracking," "Monitors vital metrics, including heart rate and blood-oxygen, with fitness data like VO₂ Max via the Zepp App," and "Enjoy full health assessments with the aura, personalized sleep music, and fitness reports without subscriptions, for complete wellness support." https://us.amazfit.com/products/amazfit-helio-ring

(last visited November 10, 2025). Zepp Health informs its customers that the Helio Ring is "[c]ompact and lightweight, it's both incredibly comfortable to wear all night, and packed with advanced sensors which hug your finger for astounding data precision." Zepp Health also states that "After a day of intense exercise, wear your Amazfit Helio Ring while you sleep. In the morning, you'll get a Readiness score based on your sleep resting heart rate, sleep heart rate variability, breathing quality, and temperature. This score and accompanying insight sum up your mental and physical recovery, so you'll know whether to leap into action or plan some time to relax." *See id.*

164.    Zepp Health is thereby liable for infringement of the '759 Patent pursuant to 35 U.S.C. § 271(b).

165.    Zepp Health has indirectly infringed at least claim 17 of the '759 Patent, by, among other things, contributing to the direct infringement of others, including customers of the Accused Product by making, offering to sell, or selling, in the United States, or importing a component of a patented machine, manufacture, or combination, or an apparatus for use in practicing a patented process, constituting a material part of the invention, knowing the same to be especially made or especially adapted for use in infringement of the '759 Patent, and not a staple article or commodity of commerce suitable for substantial non-infringing use.

166.    For example, the Accused Product includes hardware and software for implementing health tracking functionality in a smart ring wearable, including a curved battery, housings, sensors, LEDs, and a printed circuit board. These are components of a patented machine, manufacture, or combination, or an apparatus for use in practicing a patented process. Furthermore, these components are a material part of the invention and upon information and belief are not a

staple article or commodity of commerce suitable for substantial non-infringing use. Thus, Zepp Health is liable for infringement of the '759 Patent pursuant to 35 U.S.C. § 271(c).

167.    Zepp Health has been on notice of the '759 Patent since, at least, the filing of this Complaint. By the time of trial, Zepp Health will thus have known and intended that its continued actions would directly infringe and/or actively induce or contribute to actual infringement of at least claim 1 of the '759 Patent.

168.    Zepp Health undertook and continued its infringing actions despite an objectively high likelihood that such activities infringed the '759 Patent, which has been duly issued by the USPTO, and is presumed valid. For example, since at least the filing of this Complaint, Zepp Health has been aware of an objectively high likelihood that its actions constituted and continue to constitute infringement of the '759 Patent, and that the '759 Patent is valid. On information and belief, Zepp Health could not reasonably, subjectively believe that its actions do not constitute infringement of the '759 Patent, nor could it reasonably, subjectively believe that the patent is invalid. Despite that knowledge and subjective belief, and the objectively high likelihood that its actions constitute infringement, Zepp Health continued its infringing activities. As such, Zepp Health has willfully infringed and continues to willfully infringe the '759 Patent.

169.    Oura has been and continues to be damaged by Zepp Health's infringement of the '759 Patent.

## **PRAYER FOR RELIEF**

WHEREFORE, Oura prays for relief as follows:

A.    An adjudication that Zepp Health has infringed one or more claims of the '178, '244, '159, '227, '160, '889, '909, and '759 Patents, literally and/or under the doctrine of equivalents;

86

B.    An adjudication that Zepp Health has indirectly infringed one or more claims of the '178, '244, '159, '227, '160, '889, '909, and '759 Patents, literally and/or under the doctrine of equivalents;

C.    An award of damages to be paid by Zepp Health adequate to compensate Oura for Zepp Health's continuing or future infringement of the '178, '244, '159, '227, '160, '889, '909, and '759 Patents through the date such judgment is entered, including interest, costs, expenses, and an accounting of all infringing acts including, but not limited to, those acts not presented at trial;

D.    An award related to any other equitable relief which may be requested and to which Oura is entitled;

E.    A declaration that this case is exceptional under 35 U.S.C. § 285;

F.    An award of Oura's reasonable attorneys' fees;

G.    A declaration that Zepp Health's acts of infringement were willful;

H.    An award of enhanced damages against Zepp Health pursuant to 35 U.S.C. § 284; and

I.    An award to Oura of such further relief at law or in equity as the Court deems just and proper.

## **JURY TRIAL DEMANDED**

Oura hereby demands a trial by jury.


Dated: November 17, 2025                By:    */s/ Jasjit S. Vidwan*

                                Geoff Culbertson (Texas Bar No. 24045732)
                                Kelly Tidwell (Texas Bar No. 20020580)
                                **PATTON, TIDWELL, & CULBERTSON, LLP**
                                2800 Texas Blvd. (75503)

Post Office Box 5398
Texarkana, TX 75505-5398
(P) (903) 792-7080
(F) (903) 792-8233
gpc@texarkanalaw.com
kbt@texarkanalaw.com

Jasjit S. Vidwan (lead counsel)
James A. Fussell, III
Saqib J. Siddiqui
Bryan C. Nese
Michael L. Lindinger
Tiffany A. Miller
Alison T. Gelsleichter
Amanda E. Stephenson
Seth W. Bruneel
Courtney Krawice
Paul Choi
So Ra Ko
**MAYER BROWN LLP**
1999 K Street, N.W.
Washington, D.C. 20006
(202) 263-3000
jvidwan@mayerbrown.com
jfussell@mayerbrown.com
ssiddqui@mayerbrown.com
bnese@mayerbrown.com
mlindinger@mayerbrown.com
tmiller@mayerbrown.com
agelsleichter@mayerbrown.com
astephenson@mayerbrown.com
sbruneel@mayerbrown.com
ckrawice@mayerbrown.com
pchoi@mayerbrown.com
sko@mayerbrown.com

Robert G. Pluta
**MAYER BROWN LLP**
71 S. Wacker Drive
Chicago, IL 60606
(312) 782-0600
rpluta@mayerbrown.com

*Counsel for Plaintiff Ouraring Inc.*