**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| OURARING INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>ZEPP HEALTH CORPORATION,<br><br>*Defendant*. | Case No. 2:25-CV-1126-JRG-RSP |

**JOINT MOTION TO DISMISS PURSUANT TO RULE 41(a)(2)**

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff, Ouraring Inc. ("Oura") and Defendant Zepp Health Corporation ("Zepp") (collectively, the "Parties") hereby submit this Joint Motion to dismiss the above-captioned case. The Parties have resolved all matters in controversy between the Parties.

Counsel for Oura met and conferred with Counsel for Zepp to discuss the substantive relief sought in this Joint Motion. The Parties are jointly seeking the relief sought herein.

WHEREFORE, the Parties respectfully request that the Court grant this Joint Motion and dismiss Plaintiff's claims for relief against Defendant without prejudice and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Dated: July 21, 2026

Respectfully submitted,

*/s/ Geoff Culbertson*
Geoff Culbertson
TX Bar No. 24045732
Kelly Tidwell
TX Bar No. 20020580
Patton, Tidwell & Culbertson, LLP
2800 Texas Boulevard (75503)
PO Box 5398
Texarkana, TX 75505-5398
(903)792-7080
gpc@texarkanalaw.com
kbt@texarkanalaw.com

Jasjit S. Vidwan (lead counsel)
James A. Fussell, III
Saqib J. Siddiqui
Bryan C. Nese
Michael L. Lindinger
Tiffany A. Miller
Alison T. Gelsleichter
Amanda E. Stephenson
Seth W. Bruneel
Courtney Krawice
Paul Choi
So Ra Ko
**MAYER BROWN LLP**
1999 K Street, N.W.
Washington, D.C. 20006
(202) 263-3000
jvidwan@mayerbrown.com
jfussell@mayerbrown.com
ssiddiqui@mayerbrown.com
bnese@mayerbrown.com
mlindinger@mayerbrown.com
tmiller@mayerbrown.com
agelsleichter@mayerbrown.com
astephenson@mayerbrown.com
sbruneel@mayerbrown.com
ckrawice@mayerbrown.com
pchoi@mayerbrown.com
sko@mayerbrown.com

*/s/ Keith B. Davis*
Keith B. Davis (State Bar No. 24037895)
JONES DAY
2727 N. Harwood St., Suite 500
Dallas, TX 75201
Telephone: (214) 220-3939
Email: kbdavis@jonesday.com

*Counsel for Defendant Zepp Health Corporation*

Robert G. Pluta
**MAYER BROWN LLP**
71 S. Wacker Drive
Chicago, IL 60606
(312) 782-0600
rpluta@mayerbrown.com

*Counsel for Plaintiff Ouraring Inc.*

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on July 21, 2026, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Geoff Culbertson*
Geoff Culbertson

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for the parties complied with the meet and confer requirement specified in Local Rule CV-7(h) and the relief requested herein is jointly sought.

*/s/ Geoff Culbertson*
Geoff Culbertson